ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 938-1510
Facsimile: (702) 938-1511
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendant
Walmart Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TERESA SANTACRUZ,<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC., a foreign limited-liability company, doing business as WALMART STORE #3473; DOES 1 through 20, inclusive, and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00686-JCM-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1 | party's own costs and attorney's fees.

2

3 | DATED this __15__ day of October, 2020.          DATED this __2nd__ day of ~~October,~~ Nov. 2020.

4 | **BERTOLDO BAKER CARTER & SMITH**          **PHILLIPS, SPALLAS & ANGSTADT LLC**

5

6 | _____          _____
  | PAUL R. CULLEN, ESQ.                              ROBERT K. PHILLIPS, ESQ.
7 | Nevada Bar No. 12355                              Nevada Bar No. 14411
  | 7408 W. Sahara Ave.                               MEGAN E. WESSEL, ESQ.
8 | Las Vegas, NV 89117                               Nevada Bar No. 14131
  |                                                   504 S. 9th Street
9 | *Attorney for Plaintiff*                          Las Vegas, NV 89101
  | *Teresa Santacruz*
10

11 |                                                   *Attorneys for Defendant*
   |                                                   *Walmart, Inc.*
12

*Teresa Santacruz v. Walmart, Inc.*
*Case No.* **2:20-cv-00686-JCM-BNW**

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED November 9, 2020.

_____
**UNITED STATES DISTRICT JUDGE**